**Order entered June 17, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00134-CV

### GREGORY L. SHELBY, Appellant

### V.

### MIDLAND CREDIT MANAGEMENT, INC., Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01496**

### ORDER

Before the Court is appellees' June 2, 2021 motion to dismiss David E. Caviness as a party to this appeal and to correct the style of the appeal. Mr. Caviness was not a party in the trial court and, therefore, is not an appellee in this appeal. *See* Tex. R. App. P. 3.1(c) (defining appellee as a "party adverse to an appellant.") We **GRANT** the motion **to the extent** that we **DIRECT** the Clerk of this Court to remove David E. Caviness as an appellee to this appeal and to restyle the case as above to Gregory L. Shelby v. Midland Credit Management, Inc.

/s/    BONNIE LEE GOLDSTEIN
           JUSTICE